IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

vs.

               No. 13-30084-DRH-2

**DONALD C. RIDLEY,**
   **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is defendant's *pro se* motion for evidence (Doc. 77). Defendant asserts that his attorney has not provided him with specific evidence and requests this Court's assistance. However, Mr. Ridley is represented by counsel and a party may not appear pro se and also appear through counsel at the same time. *See United States v. Rollins*, 309 F. App'x 37, 38 (7th Cir. 2009) (a district court has the discretion to strike a pro se filing as improper when the party is represented by counsel). Accordingly the Court **STRIKES** defendant's motion (Doc. 77). Defendant needs to discuss these issues with counsel.

  Not ruling on the motion, as noted above, but in an effort to prevent a misunderstanding in the future, defendant must understand that while it is important that his lawyer discuss the case with him, including the discovery and what evidence the government is likely to prove at trial, it is not essential that the defendant personally possess each and every document that his lawyer possesses.

The lawyer must take on the role of the expert legal tactician and strategist. The determining factor of whether the defendant receives a "fair trial" is not based on what discovery he possesses.  Defense counsel shall make certain defendant receives a copy of this order.

    **IT IS SO ORDERED.**

Signed this 10th day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.10 11:16:10 -05'00'

**Chief Judge**
**United States District Court**