IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 3:13-cr-30084-DRH-2

DONALD C. RIDLEY,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This case is before the Court for case management. Due to a conflict in the Court's calendar, the Court **CONTINUES** the jury trial scheduled for September 15, 2014 to **Monday, September 29, 2014 at 9:00 a.m.**

The days beginning on September 16, 2014 until the trial commences will count against the speedy trial time calculation since the congestion of the Court's docket is not excludable.

Further, the parties shall notify the Court if a change of plea hearing is necessary as soon as practicable.

**IT IS SO ORDERED.**

Signed this 19th day of August, 2014.

Digitally signed by David R. Herndon
Date: 2014.08.19 13:25:43 -05'00'

**Chief Judge
United States District Court**